SHANNON v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. January 20, 1898.) Action by Catherine Shannon, as administratrix, against the New York Central & Hudson River

Railroad Company. No opinion. Motion for leave to go to court of appeals denied. See 47 N. Y. Supp. 1148.